Argued and submitted February 15, reversed and remanded for reconsideration
April 3, 1991

In the Matter of the Compensation of
Jimmie C. Ward, Claimant.

Jimmie C. WARD,
*Petitioner,*

*v.*

John A. MUSTOLA
and SAIF Corporation,
*Respondent.*

(88-12202; CA A65570)

808 P2d 109

Gary L. Tyler, Portland, argued the cause for petitioner. With him on the brief was Galton, Scott & Colett, Portland.

John A. Reuling, Jr., Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Claimant seeks review of a Workers' Compensation Board order affirming the referee's decision that he is not permanently and totally disabled. Claimant contends that the Board's order is inadequate for judicial review, because it does not contain findings sufficient to support its conclusion, and that the findings that the Board made are not supported by substantial evidence.

We agree that, in the light of the voluminous record and the conflicting evidence, the Board's very sparse findings are not adequate, in and of themselves, to support its decision. The referee's decision, which the Board affirmed, contains adequate findings and *is* supported by substantial evidence. If the Board intended to adopt the findings of the referee, it had to do so expressly. If that was not the Board's intention, it had to make its own findings adequate, in and of themselves, to support its decision.

Reversed and remanded for reconsideration.